## ENTIN & DELLA FERA, P.A.
### 110 TOWER, SUITE 1970
### 110, S.E. 6TH STREET
### FT. LAUDERDALE, FLORIDA 33301
### TEL: (954) 761-7201
### FAX: (954) 764-2443

# FAX COVER SHEET

**FAX NUMBER TRANSMITTED TO:** (305) 865-7167

| | |
|---|---|
| To: | J.H. Zidell, Esq. |
| From: | Laura Berlowe-Heinish, Esq. |
| Re: | Altman v. Sterling Kosher Catering, Inc. |
| Date: | September 16, 2011 |

| DOCUMENTS | NUMBER OF PAGES* |
|---|---|
| Caterer Certification Agreement | 5 |
| | |
| | |

Dear Mr. Zidell:

Attached is a copy of the Cater Certification Agreement which is an update to our initial disclosures.

Sincerely,

Laura Berlowe-Heinish, Esq.

\* NOT COUNTING COVER SHEET. IF YOU DO NOT RECEIVE <u>ALL</u> PAGES, PLEASE TELEPHONE ME IMMEDIATELY AT 954-761-7201

# Ⓚ OK KOSHER CERTIFICATION Ⓚ
## CATERER CERTIFICATION AGREEMENT

| Parties: | OK KOSHER CERTIFICATION | STERLING KOSHER CATERING, INC. |
|---|---|---|
| | 391 Troy Avenue | 1 Great Neck Road   Suite 5 |
| | Brooklyn, NY  11213 | Great Neck, NY  11021 |
| | Attention: Kashrus Administrator | USA |
| | | Attention: Mr. Ken Hersh |

| | | | |
|---|---|---|---|
| **Effective Date:** | August 5, 2005 | **Certified Facility:** | David Posnick, J.C.C. |
| | | | 5850 South Pine Island Road |
| **Termination Date:** | August 31, 2006 | | Davie, FL  33328 |
| **Annual Fees:** | $7,000.00 PLUS $1,800.00 TO BE HELD IN ESCROW. | **Kosher For Passover :** | ☐ Yes  ■ No |

OK Kosher Certification provides Kosher certification services in connection with the preparation, cooking, distribution and sale of food and food-related products at catering and off-site facilities to ensure that such products and facilities conform to Jewish dietary requirements. Client wishes that OK Kosher Certification provide these services in connection with products produced by Client. In consideration of the mutual promises set forth below, OK Kosher Certification and Client agree as follows:

1. **Certification Services and Fees.** Beginning on the Effective Date and ending on the Termination Date, OK Kosher Certification will provide Client with reasonable Rabbinical supervision, inspection and Kosher certification of Client's food and sealed food products. Client will pay OK Kosher Certification the non-refundable annual fee described above upon Client's execution of this Agreement, plus the escrow amount as indicated in the invoice to be provided to Client with this Agreement. Rates for on-site correction and special visits (e.g., Kosherization) by non-executive OK Kosher Certification personnel will be $375 per eight-hour shift (or fraction thereof.) OK KOSHER CERTIFICATION SHALL ISSUE THE KOSHER CERTIFICATE FOR A GIVEN TERM ONLY AFTER CLIENT'S CHECK FOR PAYMENT OF CERTIFICATION FEES FOR SAID TERM HAS CLEARED WITH OK KOSHER CERTIFICATION'S BANK. Client will pay the designated continuous rabbinical kosher supervisor ("Mashgiach Temidi") $750.00 per fifty (50) hour workweek [$15.00 per hour], subject to annual increase as the parties mutually agrees. Client will pay Mashgiach Tmidi's salary on a biweekly basis. Client will defend and hold OK Kosher Certification harmless of all liabilities arising out of Client's failure to pay the Mashgiach Temidi's salary or to comply with applicable laws. The Mashgiach Temidi shall be fully accountable to OK Kosher Certification for the Kashrus of the Client's products and facilities, but is not an employee or agent of OK Kosher Certification. Two weeks Mashgiach Temidi fee is to be held in escrow by OK Kosher Certification. OK Kosher Certification may direct that the escrowed funds be paid to the Mashgiach Temidi employed by the Client in the event that the Client defaults in its payment obligations hereunder. Client will reimburse OK Kosher Certification for all reasonable travel, lodging and per diem expenses incurred by OK Kosher Certification personnel in connection with their services hereunder. All fees and reimbursements are due and payable within thirty (30) days after date of invoice. Client acknowledges that, during the term hereof, OK Kosher Certification will not provide Client with any certification letters or other evidence of OK Kosher Certification' certification of Client's products unless Client both pays OK Kosher Certification all fees then due and payable hereunder (including without limitation the annual certification fee) and complies with all of its Kashrus and other obligations hereunder. Effective the end of the initial term or any renewal term, OK Kosher Certification reserves the right to change any fees hereunder upon 30 days' prior written notice to Client. If Client wishes to have Kosher certification for Passover, Client must notify OK Kosher Certification 60 days in advance subject to OK Kosher Certification fees and Kashrus requirements. **$1,800.00 MASHGIACH FEE TO BE HELD IN ESCROW. THIS IS TO BE PAID UPON THE SIGNING OF THE CONTRACT.**

Page 1 of STERLING KOSHER CATERING, INC. contract

Initial

**2. Term.** Subject to OK Kosher Certification' acceptance of this Agreement, the term of this Agreement begins upon the Effective Date and will continue until the Termination Date, unless sooner terminated or renewed as specified in this Agreement. Upon the expiration of the initial term, this Agreement will automatically renew for successive one-year renewal terms, unless either party terminates this Agreement, effective at the end of the then current term, by certified mail at least ninety (90) days before the end of the then current term. Upon default as described in Paragraph 7, the non-defaulting party may terminate this Agreement immediately upon written notice to the defaulting party.

**3. Exclusivity.** OK Kosher Certification shall be the sole authority as to the Kashrus of the facility (ies) and products certified hereunder, and will be the sole provider of Rabbinical supervision, inspection and Kashrus certification of the facility (ies) and products certified hereunder, unless otherwise agreed to in writing by the parties. Client will not admit on its premises, for the purpose of Kashrus inspection of the facility(ies) and products certified hereunder, any individuals or representatives of any other Kashrus certification organization unless Client will have obtained OK Kosher Certification's prior written consent.

**4. Kashrus Standards.** Client acknowledges that the certification services associated with OK Kosher Certification and the circle-K certification mark (the "Trademark") have been and are of high quality, that such services and Trademark have met with great public and trade acceptance and that, by reason of the foregoing, a unique and highly valuable goodwill and reputation have become associated with OK Kosher Certification. To protect such goodwill and reputation and to prevent any deception to the public, Client agrees that: MR. MICHAEL RAPP IS NOT TO BE AFFILIATED WITH THE COMPANY IS ANY WAY THAT WILL AFFECT KASHRUS.

(a) Client will fully abide by all Kashrus requirements of OK Kosher Certification and Jewish law in the preparation, cooking, distribution and sale of the products certified hereunder, whether or not OK Kosher Certification previously notified Client of such requirements;

(b) All preparation of food products to be certified will be produced only at the facility specified above (unless the parties otherwise agree in writing);

(c) Client must cease work every Friday 2 hours before candle lighting time and may begin work Saturday 1 hour after sundown (all such times determined according to OK Kosher Certification' calendar);

(d) Client must be closed on the following Jewish holidays: 2 days of Rosh Hashana, Yom Kippur, 9 days of Succos, 8 days of Passover, 2 days of Shavous and the 9th of Av unless special arrangements are given in writing by OK Kosher Certification;

(e) All meat products provided hereunder must be *Glatt Kosher* and from meat slaughtered according to the customs of Chasidim, and chosen from the list to be provided to Client by OK Kosher Certification;

(f) All baked products supervised hereunder must be *Pas Yisroel* or chosen from the list of approved bakeries to be provided to Client by OK Kosher Certification;

(g) There must be a Mashgiach Temidi present at all times during which Client is preparing or serving food. The Mashgiach Temidi shall be designated by OK Kosher Certification and employed by Client;

(h) OK Kosher Certification representatives, as well as the Mashgiach Temidi designated by OK Kosher Certification, represent Jewish legal authority in Kashrus matters in their respective areas of expertise. To insure strict adherence to such authority in Kashrus matters, client will maintain an appropriate professional respect in all dealings with them and will instruct his staff to do the same at all times.

(i) Client will use only the raw materials, ingredients, formulae, equipment and production processes (and suppliers thereof) previously approved in writing by OK Kosher Certification for use in connection with the products certified hereunder;

(j) No unapproved food, ingredients, raw materials or related products, equipment and utensils may be brought into the commissary or used in the preparation and production of Client's food and food-related products or production processes used in the facility or otherwise used in connection with any of the equipment or production processes used by Client;

(k) All refrigerators and freezers containing meat, fish or prepared food are to be locked upon the end of the preparation or the close of the day, whichever shall be sooner. The keys to said refrigerators and freezers are to be in the sole possession of the Mashgiach Temidi, or the Mashgiach Temidi's personal designee;

(l) All cooking appliances (e.g. stoves, ovens, steam kettles, grills, pressure cookers, etc.) are to be sealed by the Mashgiach Temidi upon the end of preparation or the close of the day, whichever shall be sooner, and unsealed only when the Mashgiach Temidi is present;

(m) All Meat, Dairy and Pareve utensils must be clearly marked with OK Kosher Certification approved method, and may not be removed from their respective designated areas;

(n) All cooking fires are to be ignited solely by the Mashgiach Temidi or the Mashgiach Temidi's personal designee; and

(o) No prepared food sent to an affair shall be returned to the commissary, unless such food is sealed personally by the OK designated Mashgiach ;

(p) All entertainment must be pre-approved by OK Kosher Certification in writing.

Client agrees that violations of the above Kashrus standards will render all food prepared during and after the violation non-kosher. Therefore, in case of violation of any provision herein, Client agrees immediately to discard said non-kosher food and allow OK Kosher Certification to re-kosherize all food preparation areas and appliances at Client's sole expense.

If Client cannot fulfill customers' request due to OK Labs Kosher restrictions, Client may NOT refer customer to other non OK Kosher Certification approved establishments.

**5. Inspections.** OK Kosher Certification or its representatives will have the right, during Client's normal business hours or at any other times during which Client is preparing, cooking, distributing or selling food, to enter Client's premises to inspect Client's operations and the food produced by Client, any ingredients, or raw materials relating to such products, and Client's production, labeling, and marketing. OK Kosher Certification will have the right to designate its representatives and make such assignments of its representatives as it deems necessary

**6. Labels and Advertising.** All wrappers, containers or packaging bearing the Trademark must contain only the products certified hereunder, and no other product, whether individually packaged or otherwise, may be inserted in the same wrapper, container or packaging containing such certified products. Client will not sell or distribute any certified products bearing the Trademark, which have not received the prior written approval of OK Kosher Certification pursuant to this Agreement. Client will ensure that the products bearing the Trademark are not sold, marketed, advertised, or distributed as part of or in combination with any other non-certified products in a way reasonably likely to cause confusion as to whether those other products are certified by OK Kosher Certification.

**7. Transportation of Food to Other Locations/ Offsite Affairs .** If Client wishes to transport and serve at another location food prepared or cooked at the certified facility, client will provide at least 7 days advance written notice to OK Kosher Certification. Offsite affairs including the delivery of food products, preparation of the site (e.g. Kosherization), serving of products and return of unused food must be under the direct and continuous supervision of OK Kosher Certification personnel. All food prepared at the facility to be delivered to an outside location must be sealed with special OK Kosher Certification tape (supplied through OK Kosher Certification at a minimal fee and kept under the control of the designated Mashgiach Tmidi);

(a) Offsite facility utensils that require Kosherization should be set aside 24 hours before Kosherizing commences;

(b) Client may not prepare food in the same room as non-kosher food preparation is taking place;

(c) Kosher and non-kosher food cannot be served in the same dining room at the same time;

(d) OK Kosher Certification, in its sole discretion, shall designate which serving utensils may be used by Client;

(e) OK Kosher Certification, in its sole discretion, shall dictate the necessary kosherization methods. Client shall provide the necessary kosherization equipment (e.g. torches, coal, etc.);

(f) OK Kosher Certification, in its sole discretion, will designate the number of additional Mashgichim required to be hired by Client under this Agreement. Offsite Mashgichim's fees are set forth in Schedule A herein.

Any violation of the above will result in immediate withdrawal of kosher certification by OK Kosher Certification.

**8. Default and Termination.** Client will be in default hereunder if it or any of its principals and/or officers are indicted or convicted of any crimes of moral turpitude or of any significant violation of local, state or federal health or sanitation laws or codes, if Client breaches any of the Kashrus or other material quality control obligations under this Agreement, or Client fails to perform or satisfy any of its other obligations under this Agreement for a period of 30 days after OK Kosher Certification gives written notice of such failure. Upon Client's violation of any of its Kashrus or quality control obligations hereunder, Client will immediately undertake, as applicable, the following actions at OK Kosher Certification' request: Kosherization of any affected equipment; acquiescence to increased supervision by OK Kosher Certification for a probationary period deemed proper by OK Kosher Certification. Notwithstanding any other provision of this Agreement, if Client is in default hereunder for any reason, OK Kosher Certification may immediately terminate this Agreement and Client's right to use the Trademark hereunder upon notice to Client, in which case

Client will fully cooperate with OK Kosher Certification in notifying the public of OK Kosher Certification' termination of its Kashrus certification of Client's facility. In the event of any termination of this Agreement, whether upon expiration of the term hereof or by sooner termination by OK Kosher Certification hereunder, Client will immediately stop rendering services employing the Trademark, stop selling and distributing products in any wrapper, container or packaging or using any labels bearing the Trademark or otherwise represented as being under OK Kosher Certification' certification. Paragraphs 1 (with respect to fees due and payable on termination), 7, 8 and 9 will survive any termination of this Agreement.

9. **Disclaimers and Limitations.** Under no circumstances will any customer or affiliate of Client or any other person, firm or other entity be considered a third-party beneficiary of this Agreement or otherwise entitled to any rights or remedies under this Agreement. OK KOSHER CERTIFICATION MAKES NO REPRESENTATIONS OR WARRANTIES OF ANY NATURE, EXPRESS OR IMPLIED, IN CONNECTION WITH ITS SERVICES UNDER THIS AGREEMENT, THE TRADEMARK OR ANY OTHER MATTER, INCLUDING WITHOUT LIMITATION ALL WARRANTIES OF MERCHANTABILITY, TITLE, NON-INFRINGEMENT AND FITNESS FOR A PARTICULAR PURPOSE. OK KOSHER CERTIFICATION WILL UNDER NO CIRCUMSTANCES HAVE ANY LIABILITY TO CLIENT OR ANY THIRD PARTIES FOR LOST REVENUES, LOST PROFITS, LOSS OF BUSINESS, OR ANY INDIRECT, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES OF ANY NATURE, OR ANY PRODUCTS LIABILITY, WHETHER OR NOT FORESEEABLE, WHETHER IN CONTRACT, TORT, STRICT LIABILITY OR OTHERWISE. OK KOSHER CERTIFICATION' TOTAL LIABILITY UNDER THIS AGREEMENT WILL IN NO EVENT EXCEED THE ANNUAL CERTIFICATION FEE SPECIFIED ABOVE.

10. **Other.** Client acknowledges that any breach of any of the provisions of Paragraphs 3, 4, 5, 6 or 7 of this Agreement will result in irreparable injury to OK Kosher Certification, for which money damages could not adequately compensate OK Kosher Certification. If there is such a breach, then OK Kosher Certification will be entitled, in addition to all other rights and remedies which it may have at law or in equity, to have a decree of specific performance or an injunction issued by any competent court, requiring the breach to be cured or enjoining all persons, firms or other entities involved from continuing the breach. The existence of any claim or cause of action which Client or any other person, firm or other entity may have against OK Kosher Certification will not constitute a defense or bar to the equitable relief contemplated hereunder. Any assignment by or change in control of Client of this Agreement without the prior written consent of OK Kosher Certification will be void. This Agreement sets forth the entire understanding between the parties with respect to the subject matter hereof, and supersede all prior oral or written proposals, negotiations, understandings or agreements between the parties.

No change, modification or addition hereto will be valid unless evidenced in writing duly signed by or on behalf of the parties sought to be charged therewith. All notices, consents and other communications under or regarding this Agreement will be in writing. If any litigation, action or other proceeding arises out of any dispute between the parties relating to this Agreement, the prevailing party will be entitled, in addition to all other awards and remedies that may be provided, to recover from the other party all court costs and reasonable attorneys' fees incurred by such party in connection with such litigation or action. This Agreement, and its validity, interpretation and enforcement, will be governed according to the substantive laws (without giving effect to principles of conflicts of laws) of the State of New York. The parties consent to the exclusive jurisdiction of the federal and state courts of the Eastern District of New York and the State of New York, Kings County, in any and all actions or proceedings arising in connection with this Agreement.

**WITNESS THE DUE EXECUTION AND DELIVERY HEREOF,** as of the later of the dates written below.

**OK KOSHER CERTIFICATION**

By: _Don Yoel Levy_
Rabbi Don Yoel Levy,
Kashrus Administrator

Date: 7/20/05

**STERLING KOSHER CATERING, INC.**

By: _[signature]_

Date: 7/6/05

Initial

Page 4 of STERLING KOSHER CATERING, INC. contract

## SCHEDULE A

### OFFSITE MASHGICHIM FEE SCHEDULE

| | |
|---|---|
| 1. FULL KASHERING AND FUNCTION SUPERVISION (cooking equipment and utensils) | $400.00 |
| 2. FULL KASHERING WITHOUT FUNCTION SUPERVISION | $300.00 |
| 3. PARTIAL KASHERING AND FUNCTION SUPERVISION (either cooking equipment or utensils) | $300.00 |
| 4. ONLY PARTIAL KASHERING WITHOUT FUNCTION | $225.00 |
| 5. FUNCTION SUPERVISION (no Kashering) | $225.00 |
| 6. EACH ADDITIONAL MASHGIACH | $225.00 |
| 7. FOOD PREPERATION (per 8 hour shift) | $150.00 |
| 8. SHABBOS FUNCTION WITH KASHERING (includes Saturday night function) | $600.00 |
| 9. SHABBOS WITHOUT KASHERING (includes Saturday night function) | $500.00 |
| 10. STARTUP OF FUNCTION (until designated Mashgiach arrives) | $50.00 |
| 11. CLOSING UP OF FUNCTION | $25.00 |

There is an additional fee of $25.00 per shift for insuring Bishul Bais Yosef

Initial